**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
**Greenbaum, Rowe, Smith & Davis LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Debtor
David L. Bruck, Esq. (DLB/1957)

In re:

JUVENT MEDICAL INC.,

Debtor.

Chapter 11

Case No. 09-10998 (RTL)

Hearing Date:
July 20, 2009 at 2:00 p.m.

**CERTIFICATION OF MARIE S. DINON, TRUSTEE OF THE MARIE S. DINON FAMILY TRUST IN SUPPORT OF DEBTOR'S APPLICATION FOR AN AUTHORIZING AND APPROVING THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS, EXCEPT AS NOTED AND AUTHORIZING ASSUMPTION AND ASSIGNMENT OF LICENSE AGREEMENTS**

MARIE S. DINON, of full age, certifies and says as follows:

1. I make this certification individually and as Trustee of the Marie S. Dinon Family Trust, in support of the application filed by Juvent Medical, Inc. ("JUVENT"), as debtor and debtor-in-possession (the "Debtor"), for entry of an Order authorizing the sale of the IP Assets and certain trademarks incidental thereto to me as the highest bidder at the Auction held on July 10, 2009.

2. At the Auction, I submitted the highest bid of $325,000 and there were no higher bids. I have deposited the sum of $325,000 in the Trust Account of Greenbaum, Rowe, Smith & Davis LLP, and have executed a copy of the Asset Purchase Agreement which is attached to the Order.

1 | Page

3. The bid was submitted by me in good faith without collusion of any other bidder.

4. Other than bidding at this Auction, I have no relationship with the Debtor, Juvent Medical, Inc., its officers, directors or shareholders.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Marie Dinon*

Marie S. Dinon

DATED: July 16, 2009

2 | Page